ACCEPTED
12-14-00085-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/12/2015 4:45:01 PM
CATHY LUSK
CLERK

Case Number 12-14-00085-CV

IN THE

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/12/2015 4:45:01 PM
CATHY S. LUSK
Clerk

TWELFTH COURT OF APPEALS

TYLER, TEXAS

---

COWBOY'S RETAIL & WHOLESALE BEVERAGE DISTRIBUTION, LLC, KYLE GILLIN AND GREAT AMERICAN TREATING, INC.

*Appellant,*

V.

PEGGYE DAVIS, JIM DAVIS, JAY DAVIS AND RICHARD L. RAY,

TRUSTEE,

*Appellee.*

---

## APPELLEES' MOTION TO POSTPONE ORAL ARGUMENT

---

**TO THE HONORABLE COURT OF APPEALS:**

Now comes PEGGYE DAVIS, JIM DAVIS, JAY DAVIS and RICHARD L. RAY, Appellees and Movants herein, by and through their attorney of record, Richard L. Ray, and files this their Motion To Postpone Oral Argument concerning a setting for oral argument and submission on April 9, 2015 at 8:30 a.m.,

Page 1

Courtroom, First Floor, Cotton Belt Building, 1517 W. Front Street, Tyler, Texas 75702 and for grounds heretofore would show the Court as follows:

I.

That on March 2, 2015 at 6:02 p.m., the Appellees and Movants received an electronic notice from the Court setting the above referenced case for oral argument on April 9, 2015 at 8:30 a.m. A copy of this electronic notification is attached hereto as Exhibit "A".

II.

That counsel for the Appellees, Peggye Davis, Jim Davis, Jay Davis and Richard L. Ray, and Movants was previously set for an administrative hearing, at 9:00 a.m. in Dallas, Texas, at Dallas SSA, located at 12790 Merit Drive, Suite 500, Room 2, Dallas.

Attached hereto as Exhibit "B" is a copy of the SSA notice which indicates notice of the April 9, 2015 hearing was sent on January 20, 2015.

That Brent Howard serves as co-counsel for Appellees.

III.

As a result the movant's counsel, who prepared the pending brief, cannot appear at the setting for oral argument scheduled on Thursday, April 9, 2015, at 8:30 a.m.

IV.

This motion to postpone oral argument is not made for purposes of delay but so that justice may be done.

WHEREFORE, prays the Court that this case be postponed until a later date.

Respectfully submitted,

Peggye Davis, Jay Davis and Richard L. Ray
Appellees and Movants


_____/s/ Richard L. Ray_____
RICHARD L. RAY
State Bar No. 16606300
RAY & THATCHER, ATTORNEYS AT LAW, P.C.
300 S. TRADE DAYS BLVD.
CANTON, TEXAS 75103
903 567-2051
903 567-6998 (FAX)
rlray@rayandthatcher.com
ATTORNEY FOR MOVANTS

# VERIFICATION

THE STATE OF TEXAS       §

COUNTY OF VAN ZANDT     §

   Richard L. Ray, the Attorney for Peggye Davis, Jim Davis, Jay Davis and Richard L. Ray, Appellees and Movants named above, being duly sworn, says:

   1. That he is the attorney of record for Appellees and Movants in the above styled and numbered cause;

   2. That he is duly authorized to make this verification;

   3. That he is familiar with the matters set forth in the Appellees' Motion To Postpone Oral Argument; and

   4. That the matters set forth in such are true to his knowledge.

           RICHARD L. RAY

           Subscribed and sworn to before me, the

undersigned notary public, on this the 12th day of March, 2015.

           Paula I. Landwermeyer
           Notary Public in and for the State of Texas
           My Commission Expires: 09-11-2017

           Page 4

# CERTIFICATE OF SERVICE

CERTIFYING that a true and correct copy of the foregoing Motion to Postpone Oral Argument has on this the 12th day of March, 2015, been forwarded to the following counsel of record:

J. Bennett White
J. Bennett White, P.C.
P.O. Box 6250
Tyler, Texas 75703

Brent Howard
Howard & Davis
100 E. Ferguson St., #1200
Tyler, Texas 75702.

_____/s/ Richard L. Ray_____
RICHARD L. RAY

  Richard Ray <rlray@rayandthatcher.com>

# Notice(s): 12-14-00085-CV

1 message

---

**coa12noticing@txcourts.gov** <coa12noticing@txcourts.gov>       Mon, Mar 2, 2015 at 6:02 PM
To: rlray@rayandthatcher.com



You have received notice(s) for the following case(s):


12-14-00085-CV
TC #60,086-B
Cowboy's Retail & Wholesale Beverage Distribution, LLC, Kyle Gillin and Great American Treating, Inc. v.
Peggye Davis, Jim Davis, Jay Davis and Richard L. Ray, Trustee

Files
+SUBMISSION_OA_FILECOPY.pdf


Thank you,
Cathy S. Lusk
12th Court of Appeals

Do not reply to this message. If you have questions, please contact the Court at (903) 593-8471.

---

📄 **+SUBMISSION_OA_FILECOPY.pdf**
    225K

FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

## TWELFTH COURT OF APPEALS

March 2, 2015

RECEIVED
MAR 0 2 2015

Mr. Richard L. Ray
Ray & Thatcher, PC
300 S. Trade Days Blvd.
(300 S. Hwy 19)
Canton, TX 75103
\* DELIVERED VIA E-MAIL \*

Mr. J. Bennett White
J. Bennett White, PC
P.O. Box 6250
Tyler, TX 75711
\* DELIVERED VIA E-MAIL \*

Mr. Brent Howard
Howard & Davis, PC
100 East Ferguson
Suite 1200
Tyler, TX 75702
\* DELIVERED VIA E-MAIL \*

**RE:**   Case Number:          12-14-00085-CV
       Trial Court Case Number:   60,086-B

**Style:**  Cowboy's Retail & Wholesale Beverage Distribution, LLC, Kyle Gillin and Great
       American Treating, Inc.
       v.
       Peggye Davis, Jim Davis, Jay Davis and Richard L. Ray, Trustee

Please be advised that this cause has been set for oral argument and submission as follows:

**Date:**    **April 9, 2015**
**Time:**    **8:30 AM**
**Place:**   **Courtroom, First Floor, Cotton Belt Building**
        **1517 W. Front Street, Tyler, TX 75702**

Any Motion for Continuance or Waiver of Argument must be filed on or before **March 12, 2015.**

Copies of opinions and accompanying orders or judgments are mailed to all counsel on the day they are delivered. The news media are provided with a list of all dispositions of the Court on the next business day. Opinions are normally available on LEXIS within 48 hours after delivery.

If we can answer any questions or assist you with any additional accommodations, auxiliary aids or services, please do not hesitate to contact us. We look forward to seeing you.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk



SOCIAL SECURITY ADMINISTRATION

Refer To: ~~█████~~

Allison S Genauer

**EXHIBIT "B"**

Office of Disability Adjudication and Review
Suite 500
12790 Merit Dr.
Dallas, TX 75251
Tel: (866)331-7135 / Fax: (972)341-5153

January 20, 2015

Allison S Genauer
255 Meadowcrest Drive
Terrell, TX 75160

## NOTICE OF HEARING

**Please bring this notice of hearing with you to the hearing.**

I have scheduled your hearing for:

| | | | | |
|---|---|---|---|---|
| **Day:** | Thursday | **Date:** | April 9, 2015 | **Time:** 9:00 AM Central (CT) |
| **Room:** 2 | | **Address:** | 12790 Merit Drive Suite 500 Dallas, TX 75251 | |

### It Is Important That You Attend Your Hearing

I have set aside this time for you to tell me about your case. If you do not attend the hearing and I do not find that you have a good reason, I may **dismiss** your request for hearing. I may do so without giving you further notice.

You may ask us if you want to appear by telephone. I will grant your request if I find that extraordinary circumstances prevent you from appearing in person or by video teleconferencing.

You **must** bring valid picture identification (ID) to your hearing. Examples of acceptable picture ID include a:

- **Current and valid U.S. State driver's license;**
- **U.S. State-issued identity card;**
- **Current U.S. passport; or**

Form HA-83 (09-2014)
Claimant

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline**
**at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

